UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
_____ DIVISION

## CIVIL RIGHTS COMPLAINT FORM
### TO BE USED BY PRO SE (NON-PRISONER) LITIGANTS IN ACTIONS UNDER 28 U.S.C. § 1331 or § 1346 OR 42 U.S.C. § 1983

Paul Joseph Freeman

(Enter full name of Plaintiff(s))

vs.

CASE NO: 3:18cv409-MCR-CJK
(To be assigned by Clerk)

Fine, Glenn A., Principal Deputy Inspector General, Performing the Duties of Inspector General, U.S. Dept of Defense

(Enter name and title of each Defendant. If additional space is required, use the blank area below and directly to the right.)

**ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:**

Pg 1 of 4

Filed 0312"18UsDcFln3PM0145

Complaint

**I. PLAINTIFF:**
State your full name and full mailing address in the lines below.

Name of Plaintiff: Paul Joseph Freeman
Mailing address: 203 Downshill Circle
Niceville, FL
32578

**II. DEFENDANT(S):**
State the name of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for every Defendant:

(1) Defendant's name: Glenn A. Fine
    Official position: Principal Dpty Inspector General
    Employed at: U.S. Dept of Defense
    Mailing address: 4800 Mark Center Dr.
    Alexandria, VA. 22350-1500

(2) Defendant's name: _____
    Official position: _____
    Employed at: _____
    Mailing address: _____

(3) Defendant's name: _____
    Official position: _____
    Employed at: _____
    Mailing address: _____

(4) Defendant's name: _____
    Official position: _____
    Employed at: _____
    Mailing address: _____

**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

2

Pg 2 of 4                                              Complaint

### III. STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how <u>each</u> Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. <u>Do not make any legal arguments or cite to any cases or statutes.</u> You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. (**If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.**)

I filed a Freedom of Information Act (FOIA) in accordance with 5 U.S.C. 552 on 17 July 2017 Case Number FOIA DODOIG-2017-000766.
TAB A.

DODOIG-2017-000766 was denied under exemption (b)(7)(A) on 27 July 2017.
TAB B.

Denial of DODIG-2017-000766 was appealed on 25 Sep 2017. DOD-IG assigned the Appeal; FOIA DODOIG-2018-000002.
TAB C.

Appeal FOIA DODOIG-2018-000002 <u>Successful</u> FOIA DODOIG-2017-000766 Remanded back to FOIA office for compliance 25 JAN 2018. Expected completion date 28 FEB 2018
TAB D.

DOD OIG closed FOIA Case o2 28 Feb 2018 as Recorded in Automated Case Tracking System (Tab D) yet requested document was NOT produced. No reply was sent to requestor. Requestor's multiple inquiries NOT Acknowledged or Answer.

IV. **STATEMENT OF CLAIMS:**

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section III. **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

① Violation of 5 USC 552

② Violation of 28 USC; use of FOIA Exemption and obstruction actions to conceal or prevent the investigation of Major fraud against the United States

③ Denial of due process / Equal Protection under U.S. Constitution causing loss of property

V. **RELIEF REQUESTED:**

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes.

I seek compulsion of the DoJ Inspector General to produce the requested public Record.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.

_____     _____
(Date)                  (Signature of Plaintiff)

Revised 07/02

From: foiarequests@DODIG.MIL
Subject: DODOIG-2017-000766 - Acknowledgement (Requester)
Date: July 17, 2017 at 9:39 AM
To: boomer86bontheroad@cox.net

Dear Mr. Freeman,

Please see attached.

Sincerely,

FOIA Team
Department of Defense
Office of Inspector General

**INSPECTOR GENERAL**

**DEPARTMENT OF DEFENSE**

4800 MARK CENTER DRIVE

ALEXANDRIA, VIRGINIA 22350-1500

07/17/2017

DODOIG-2017-000766

Dear Mr. Freeman,

This acknowledges receipt of your, Freedom of Information Act (FOIA) request for a copy of Reprisal Report # 2014-09-04-4105852908 / Case number 20140905-027366 . We received your request on July 17, 2017, and assigned it case number DODOIG-2017-000766.

If you have any questions about your request, please feel free to contact our office at (703) 604-9775.

Sincerely,

FOIA Team
Department of Defense
Office of Inspector General

pg 1 of 2

TAB A

From: foiarequests@DODIG.MIL
Subject: FOIA Request DODIG-2017-000766 Submitted
Date: July 17, 2017 at 9:10 AM
To: boomer86bontheroad@cox.net

This message is to confirm your request submission to the FOIAonline application: View Request. Request information is as follows:

- Tracking Number: DODIG-2017-000766
- Requester Name: Paul Freeman
- Date Submitted: 07/17/2017
- Request Status: Submitted
- Description: Reprisal Report # 2014-09-04-4105852908 was filed in Sep 2014. Case number 20140905-027366 was opened; an investigation was conducted by DoD OIG; a Report of iInvestigation was written and submitted to the DoD IG; the approved Report of Investigation was submitted to SECDEF in June 2015 for approval and release. The report was never released by SECDEF Dr. Ashton Carter. SECDEF Ashton Carter was a named participant in the fraud enterprise (first reported to DoD OIG in 2011) that was the underlying cause/motivation for the retaliation campaign. Where is the report?

Pg 2 of 2

TAB A



**INSPECTOR GENERAL**
DEPARTMENT OF DEFENSE
4800 MARK CENTER DRIVE
ALEXANDRIA, VIRGINIA 22350-1500

July 27, 2017
Ref: DODOIG-2017-000766

**SENT VIA FOIA ONLINE TO: boomer86bontheroad@cox.net**

Mr. Paul Freeman
203 Downshill Circle
Niceville, FL 32578

Dear Mr. Freeman,

This is in response to your Freedom of Information Act (FOIA) request for a copy of Whistle Blower Reprisal Case 20140905-027366. We received your request on July 17, 2017 and assigned it case number DODOIG-2017-000766.

Please be advised any documents that may be responsive to your request are part of an active law enforcement investigation and release, at this time, could reasonably be expected to interfere with law enforcement proceedings. As such, 5 U.S.C. § 552 exemption (b)(7)(A) of the FOIA provides for withholding records or information compiled under these circumstances. For this reason, we cannot release any responsive documents at this time. Once the investigation is complete, however, exemption (b)(7)(A) may no longer apply, and you may re-submit your request. Please note that, even after the investigation is completed, responsive records may still be exempt from disclosure based on one or more FOIA exemptions.

In view of the above, you may consider this to be an adverse determination that may be appealed to the Department of Defense, Office of Inspector General, ATTN: FOIA Appellate Authority, Suite 10B24, 4800 Mark Center Drive, Alexandria, VA 22350-1500. Your appeal, if any, must be postmarked within 90 days of the date of this letter and should reference the file number above. I recommend that your appeal and its envelope both bear the notation "Freedom of Information Act Appeal."

You may seek dispute resolution services and assistance with your request from the DoD OIG FOIA Public Liaison Officer at 703-604-9785, or the Office of Government Information Services (OGIS) at 877-684-6448, ogis@nara.gov, or https://ogis.archives.gov/. Please note that OGIS mediates disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. However, OGIS does not have the authority to mediate requests made under the Privacy Act of 1974 (request to access one's own records).

Pg 1 of 2

Tab B

July 27, 2017
Ref: DODOIG- 2017-000766

If you have any questions regarding this matter, please contact Eric Powers at 703-699-7576 or via email to foiarequests@dodig.mil .

Sincerely,

*Mark Dorgan*

Mark Dorgan
Division Chief
FOIA, Privacy and Civil Liberties Office

From: **Boomer86bontheroad** Boomer86bontheroad@cox.net
Subject: FOIA Appeal of DODOIG 2016-000766
Date: September 25, 2017 at 12:06 PM
To: foiarequests@DODIG.MIL
Bcc: Boomer86bontheroad@cox.net, **Westberry & Connors** rjw@westconlaw.com, witmyerlaw@cox.net, **Senator Rubio** casework@rubio.senate.gov, Services@rubio.senate.gov, whistleblower@ronjohnson.senate.gov, **National Whistleblowers Center** mjw@whistleblowers.org, **Dan Grazier** dgrazier@pogo.org, info@taxpayer.net, **Kel McClanahan, Esq.** kel@nationalsecuritylaw.org , mdavis@osc.gov, ontherecord@foxnews.com, **pogo2.org** scott@pogo.org, **BillOReilly.com Staff** cs.4306896507@billoreilly.com, **The Guardian 1** spencer.ackerman@theguardian.com, **The Guardian Ed** jennifer.kho@theguardian.com



FOIA Appeal DODOI...017.pdf

Sent from my iPad

Pg 1 of 5

TaB C

Paul J. Freeman
203 Downshill Circle
Niceville, FL 32578
September 25, 2017


Mr. Mark Dorgan
Division Chief
DoD IG FOIA, Privacy, and Civil Liberties Office
4800 Mark Center Drive
Alexandria, Virginia 22350-1500


Mr. Mark Dorgan:

    Do you know that I first reported major fraud against the United States by DoD Senior Officials to the Air Force Inspector General in March 2011? And that SAF IG did not assign the FWA complaint a case number of making law-required notifications to DoD IG or required Congressional committees? That SAF/IG closed the entire 24-felony-count allegation complaint matter without conducting an investigation, without issuing a single word countering any allegation, and refusing to communicate a single basis or rationale for dismissing the entire matter to the complainant?

    Do you know that, upon those unequivocally unlawful actions, a complaint was filed with the DoD IG Hotline in December 2011? Do you understand that the DoD IG has not investigated, reported, refuted, or issued a single accountable record of compliance with The IG Act with respect to that Hotline report (or any of five subsequent reports of continuing, escalating fraudulent actions and related procurement crimes against the United States)?

    Finally, do you know that the requested Whistleblower Reprisal Case 20140905-027366 is the only DoD record, purported only by the DoD IG to actually exist, that addresses DoD IG's law-required handling of those good-faith, bona fide, properly submitted, evidence-backed, allegations of major fraud, escalating to racketeering, and eventually covered up in a text-book example of public corruption? And now, the DoD has taken the position that the release to the victim of the purported retaliation Report of Investigation (Due Process evidence), of the unlawful retaliation, could be reasonably be expected to interfere with some, critical law enforcement proceeding?

    That seems incredulous, to me. Am I not a reasonable man; making a reasonable request?

    On 27 Jul 2017, you denied my FOIA/PA request for a copy of Whistleblower Reprisal Case 20140905-027366; making that denial in response to DODOIG-2017-000766. This letter is formal appeal of that decision. The cited exemption, 5 USC § 552 (b)(7)(A) allows the withholding of records compiled for law enforcement purposes; **only** if it could be reasonably be expected to interfere with enforcement proceedings. Subsection (b) additionally requires release of segregable portions of the

Pg 2 of 5      TAB C

record; annotated where each deletion is made. I made **seven** FOIA/PA requests for this record before any investigation was commenced.

In light of the clear reading of the law, DoD OIG FOIA denial of the Report of Investigation (ROI) of Whistleblower Reprisal Case 20140905-027366 appears capricious, recklessly in error, or criminal in intent. As a 5 USC § 552 (b)(7)(A) "reasonable person" appealing to the DoD OIG official responsible and accountable for denial of records, I offer the following information for your consideration of this appeal:

1)  This July 2017 FOIA, DODOIG-2017-000766, was not the first request for a copy of the ROI for Whistleblower Reprisal Case 20140905-027366; it was the EIGHTH request.

    a. The first request was made 27 Jun 2014 in FOIA/PA (All Records Request) DoDOIG 2014-00568. DoD FOIA response did not identify/list any withheld documents; or temporary hold to protect law enforcement action.

    b. The second request was made 07 Sep 2014 in FOIA/PA (All Records Request) DoDCAF 2014-06252. Neither DoD, nor USAF-controlled FOIA response identified/listed any withheld documents; or temporary hold to protect law enforcement action.

    c. The third request was made 12 Feb 2016 FOIA/PA (All Records Request) and request for ROI for Case 20140905-027366. E-FOIA successfully entered (w/receipt) at 7:32 AM. DoD OIG/FOIA never responded to this FOIA/PA.

    d. The fourth request was made 16 May 2016, DoD CAF 16-P-00564. DoD FOIA response did not identify/list any withheld documents; or temporary hold to protect law enforcement action.

    e. The fifth request was made 26 May 2016, US Office of Special Counsel FOIA/PA (All Records Request) Neither OSC, nor DoD-controlled FOIA response identified/listed any withheld documents; or temporary hold to protect law enforcement action.

    f. The sixth request was made 11 Jul 2016 in EFOIA message asking for acknowledgement & status of 12 Feb 2016 (180 days earlier) FOIA/PA (All Records Request) and request for ROI for Case 20140905-027366. DoD OIG/FOIA never responded to this FOIA/PA.

    g. The seventh request was made 22 Jul 2016, in FOIA PA 2015-03875. In an interim status update, issued 09 August 2017 (Three years after the FOIA/PA was filed) SAF/AAII stated the status as, in process. The letter says, "SAF/IG is currently processing FOIA Case number 2016-03875-F. Every effort will be made to respond in twenty business days if such records exist. If SAF/IG should need additional time to process your request, you will be notified in writing." No USAF, nor DoD-controlled records were identified/listed to be withheld; or on temporary hold to protect law enforcement

action. The twenty-business-day period expired three weeks ago and no correspondence or explanation has been provided.

2) In addition to providing detailed and simple FOIA requests to DoD OIG in order to gain a copy of a three-year-old ROI (20140905-027366) of a five-year-old (16 Jan 2012, DoD OIG Case #123889) I have filed bona-fide DoD IG complaints regarding the frustration/obstruction of Justice by Air Force Executives (including CSAF General Welsh) and DoD Officials (including Glenn Fine). No DoD IG case has been opened, investigation accomplished, ROI, or accountable record established **(DoD OIG 2017-01191958-55061, 2017-04251811-27549, 2016-03031606-11980, 2015-09161133-45965, 2015-09291146-06839, or 2012-12261208-0000)**. No interviews have been conducted to analyze/frame good-faith allegations of public corruption. And despite the high rank and stature of the accused, no report of allegations of public corruption among these senior DoD officials has been reported to Congress (as required by law to Senate Judiciary, House Oversight, and SASC) or to the US Office of Special Counsel (as required by law).

3) These exhaustive record-accountability exchanges **demonstrate** that: THERE IS NO ENFORCEMENT PROCEEDING UNDERWAY OR PENDENT with regard to this requested record, Whistleblower Reprisal Case 20140905-027366. I, the principal investigator, witness, and document holder (100% unclassified) in these matters have never been contacted, interviewed, requested to protect any item of knowledge, or take/abstain from any action… to protect any law enforcement act.

4) Graver; the unlawful, years-long withholding of this public record and deliberate action of DoD OIG to refuse to even acknowledge its existence have prevented Major Fraud against the United States from being lawfully discovered, investigated, adjudicated, or good governance restored. Hard evidence of public corruption and procurement fraud (exceeding $10 Billion/year) has been provided to USAF & DoD OIG repeatedly over the course of seven years… and the DoD OIG cannot produce a single record that it complied with the IG Act or 18 USC law dealing with Obstruction of Justice. Not a single accountable record. Not a single criminal investigation of a single Hotline Report.

5) The only ongoing DoD investigation is a vindictive and contrived, "Unauthorized Transmission of DoD Information (Leaking)" investigation of me. That investigation began in 2017 a full two years after this FOIA-requested public record was completed. That investigation is related to this FOIA request in only two ways… 1. The Air Force Rapid Capabilities Office and Air Force Office of Special Investigations officials reported to AF IG Hotline in 2011 started this retaliatory & intimidation tactic; and 2. Dr. Ashton Carter, SECDEF, also a participant in the fraud ring, was likely the single, culpable, human being that destroyed the completed ROI of Whistleblower Reprisal Case 20140905-027366 in 2015.

6) Two civil actions to restore my career have been delayed for two years; two additional civil suits involving Mr. Fine, General Welsh, and Dr. Carter are awaiting the requested

document, the ROI of <u>Whistleblower Reprisal Case 20140905-027366</u> before US Attorneys can approve civil action, in lieu of Federal prosecution.

7)      This requested document remains a requested item, under Discovery Process, for my Merit System Protections Board's unlawful termination hearing.  A motion is in draft to compel delivery, with sanctions, and/or subpoena testimony of DoD OIG officials including Mr. Fine, et al.  In your deliberation, please also consider reviewing the entireity of 5 USC § 552 in your handling of this appeal.

Sincerely,

*[signature: Paul J. Freeman]*

Paul J. Freeman

Pg 5 of 5

TAB C

**From:** **Paul Freeman** boomer86bontheroad@cox.net
**Subject:** Re: [Non-DoD Source] FOIA 2018-000313... Really FOIA 2018-000002
**Date:** March 2, 2018 at 1:50 PM
**To:** Mark Dorgan Mark.Dorgan@DODIG.MIL
**Cc:** **Westberry & Connors** rjw@westconlaw.com, AtkinsonL@gao.gov, carolyn.hantz@dodig.mil, **Tony Carr** john.public.1947@gmail.com, **National Whistleblowers Center** mjw@whistleblowers.org, christopher.burne@us.af.mil, dinapolit@gao.gov, **DoD Inspector General** public.affairs@dodig.mil, farrellb@gao.gov, **Dan Grazier** dgrazier@pogo.org, **Glenn Greenwald** glenn.greenwald@theintercept.com, **Tobin Harshaw** tharshaw@bloomberg.net, info@taxpayer.net, inquire@seanmcfate.com, james.drew@aviationweek.com, **LA Times** david.willman@latimes.com, **M LaGuardia** mlaguardia@mac.com, **Eli Lake** elake1@bloomberg.net, **Project On Government Oversight Leslie Garvey** leslie@pogo.org, lshane@militarytimes.com, **Davan Maharaj** davan@latimes.com, **Kel McClanahan, Esq.** kel@nationalsecuritylaw.org, **Catherine McMullen** cmcmullen@osc.gov, mdavis@osc.gov, **Ms Joan Marshall** jmarshall@OSC.gov, msmithberger@pogo.org, **News at WEAR TV** news@weartv.com, nick@pogo.org, **Whistleblower Protection Ombudsman** WhistleblowerProtectionOmbudsman@DODIG.MIL, ontherecord@foxnews.com, pkasper@washingtonexaminer.com, **POGO** info@pogo.org, scott@pogo.org, **Politico** jherb@politico.com, rrainey@nola.com, **Senator Rubio** casework@rubio.senate.gov, **BillOReilly.com Staff** cs.4306896507@billoreilly.com, submissions@theintercept.com, tbiggs@osc.gov, **The Guardian 1** spencer.ackerman@theguardian.com, **The Guardian Ed** jennifer.kho@theguardian.com, tips@theintercept.com, **Letters Washingto Post** letters@washpost.com, **Westberry & Connors** rjw@westberrylaw.net, whistleblower@judiciary-rep.senate.gov, whistleblower@ronjohnson.senate.gov, witmyerlaw@cox.net, **Bob Woodward** bob.woodward@washpost.com, **John Young** jyoung@osc.gov, **Senator Rubio** Services@rubio.senate.gov

Mr Dorgan,

Today, DoD OIG changed the status of my FOIA to CLOSED... and once again you, nor any other DoD OIG official, has offered an explanation.

## View My FOIA Requests

Filter [All] Results [25]

4 items found, displaying all items.

| Tracking Number | Type | Track | Submitted | Due | Phase | Detail |
|---|---|---|---|---|---|---|
| DODOIG-2018-000313 | Request | Simple | 01/25/2018 | 02/28/2018 | Closed | |

(Case 2017-000766 Remanded back to FOIA Office on Appeal) - Reprisal Report # 2014-09-04-4105852908 was filed in Sep 2014. Case number 20140905-027366 was opened; an investigation was conducted by DoD OIG; a Report of Investigation was written and submitted to the DoD IG; the approved Report of Investigation was submitted to SECDEF in June 2015 for approval and release. The report was never released by SECDEF Dr. Ashton Carter. SECDEF Ashton Carter was a named participant in the fraud enterprise (first reported to DoD OIG in 2011) that was the underlying cause/motivation for the retaliation campaign. Where is the report?

| DODOIG-2018-000296 | Request | Complex | 01/18/2018 | 02/15/2018 | Assignment | |

Congress, on 10 Jun 2016, requested Acting DoD IG to: 1) Answer a list of questions (see file attachment); and 2) Provide a briefing on the OIG Case Management System. I would like a copy of all documents and presentations made by DoD OIG in response to this public request.

| DODOIG-APPEAL-2018-000002 | Appeal | Complex | 10/02/2017 | 10/31/2017 | Closed | |

Withholding in Full of WRI case 20140095-027366, pursuant to (b)(7)(A).

Pg 1 of 3    TAB D

| DODOIG-2017-000766 | Request | Simple | 07/17/2017 | 08/14/2017 | Closed |

Reprisal Report # 2014-09-04-4105852908 was filed in Sep 2014. Case number 20140905-027366 was opened; an investigation was conducted by DoD OIG; a Report of iInvestigation was written and submitted to the DoD IG; the approved Report of Investigation was submitted to SECDEF in June 2015 for approval and release. The report was never released by SECDEF Dr. Ashton Carter. SECDEF Ashton Carter was a named participant in the fraud enterprise (first reported to DoD OIG in 2011) that was the underlying cause/motivation for the retaliation campaign. Where is the report?

Determinedly,
Paul J Freeman

> On Mar 1, 2018, at 7:44 AM, Paul Freeman <BOOMER86B@COX.NET> wrote:
>
> Mark,
>
>> How are we doing?  Would you like me to help?  I'm ready...
>
> Paul
>
>> On Feb 23, 2018, at 7:48 AM, Dorgan, Mark J., OIG DoD <Mark.Dorgan@DODIG.MIL> wrote:
>>
>> Mr. Freeman,
>>
>> Thank you for contacting our office.  Your case is currently being processed.  The expected date of completion is February 28th.  Please contact me with any questions regarding the processing of your FOIA request.
>>
>> Mark
>>
>> Mark Dorgan
>> Division Chief
>> FOIA, Privacy and Civil Liberties Office
>> Office of Inspector General
>> Department of Defense
>>
>> Phone: 703-604-9873
>>
>>
>> **From:** Paul Freeman [mailto:BOOMER86B@COX.NET]
>> **Sent:** Thursday, February 22, 2018 9:03 PM
>> **To:** foiarequests <foiarequests@DODIG.MIL>; DoD IG Public Affairs < >;

Whistleblower Protection Ombudsman
<WhistleblowerProtectionOmbudsman@DODIG.MIL>
**Cc:** Patricia Zarodkiewicz <patricia.zarodkiewicz@us.af.mil>; Arnie Bunch <arnold.bunch@us.af.mil>; Senator Marco Rubio <Services@rubio.senate.gov>; Senator Rubio <casework@rubio.senate.gov>; jonathon.christian@us.af.mil
**Subject:** [Non-DoD Source] FOIA 2018-000313... Really FOIA 2018-000002

FOIA 2018-000002 was remanded back to DoD IG and given a new FOIA Number to make everyone "look good in the showers" and appear prompt. Where is DoD OIG Whistleblower Retaliation Case 2014-09-05-027366? When will it be delivered?

The investigation was in 2014...and the final report signed in 2015.

The report was requested under FOIA and Privacy Act request in 2015, that FOIA/PA was ignored by DoD OIG throughout 2015.

The report was again requested under FOIA and Privacy Act Request (two separate requests in 2016)... and again those lawful requests went unacknowledged and unanswered.

As promised, at the beginning of March, I will file a complaint in US District Court. At that point, this matter will no longer be resolvable by mere production of the requested records... the law is clear; the violation is precise; the penalties are spelled out; and there is no statute-of-limitations on obstruction of justice through FOIA.

I'll have Senator Rubio's eyewitness statements about the OIG report in my complaint brief. Think he'll be happy with you? Is this where you wanted to be going?

It makes no difference to me; I still just steadily pushing this train car full of truth toward certain justice for Ashton Carter, General Welsh, General Bunch, and Randy Walden. But where are you headed?


Sincerely,
Paul J Freeman

This e-mail is from the Office of the Inspector General, Department of Defense, and may contain information that is "Law Enforcement Sensitive" {LES} or "For Official Use Only" {FOUO} or otherwise subject to the Privacy Act and/or legal and or other privileges that restrict release without appropriate legal authority.