UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PAUL JOSEPH FREEMAN,

    Plaintiff,

v.                                                            Case No. 3:18cv409-MCR-CJK

GLENN A. FINE, Acting
Inspector General of the
Department of Defense

*[signature]*
Mr. Paul Joseph Freeman, Pro se
203 Downshill Circle
Niceville, FL 32578
Boomer86bontheroad@cox.net
850-729-1440
850-424-3930

BEFORE
Charles J. Kahn, Jr.
United States Magistrate Judge

RESPONSE TO ORDER TO SHOW CAUSE

BACKGROUND: On March 12, 2018, plaintiff filed a complaint

alleging defendant serially failed to comply with the Freedom of

Information Act. (Doc. 1). On June 8, 2018 the clerk received a

pleading from the plaintiff including an affidavit from a process

Page 1 of 7

server that multiple attempts to serve Summons to defendant had been unsuccessful. (Doc. 5). In addition to physical/procedural impediments reportedly imposed on the process server, multiple telephone calls to schedule a mutually agreeable appointment for process service two designated members of the defendant's General Counsel staff went unreturned. On June 12, 2018 the Court ordered the Plaintiff to show cause why this case should not be dismissed due to plaintiff's failure to serve defendant within 90 days from the filing of the complaint.

RESPONSE: Plaintiff believes he has made multiple, diligent, good-faith attempts to serve the Court Summons upon the defendant.

1). The plaintiff, first hired a Virginia Commonwealth-licensed process server, *District Court Services (DCS),* on March 19, 2018. That same evening, plaintiff paid *District Court Services,* $150.00 for:

Process Serving (Service Of Legal Process):
Routine Service (3-5 Business Days):
Registered Agent (Registered Agent / Corporate Officer / Business Owner).
Note: Mr. Glenn Fine Acting Inspector General US Department of Defense.

Plaintiff enrolled in DCS electronic tracking service; making status requests on March 22, 2018; April 2, 2018; and April 03, 2018. With

no reply, plaintiff telephoned DCS on 25 April 2018 and DCS reported they had made, "... multiple unsuccessful attempts to gain access for process service to the defendant or defendant's counsel... but had finally successfully served the Summons on the previous afternoon." DCS promised immediate electronic delivery and prompt physical delivery of the Proof of Service (PoS) by US Mail. DCS never provided any PoS (electronic or physical) and disconnected my electronic tracking service account. By all appearances, DCS did not successfully serve the Summons as claimed and did not reply to my query of any outside influence dissuading any additional efforts. So, plaintiff immediately sought another Virginia Commonwealth-licensed process server to accomplish the Court-ordered Summons.

2). By 830 AM the next morning, April 26, 2018, plaintiff contracted with *The Wesley Group* to accomplish the required Service under Job # 2231308. *The Wesley Group,* contacted by phone, reported that they were refused (even escorted access) to the defendant's offices and that the defendant's General Counsel staff would not return phone messages. I suggested additional attempts; but *The Wesley Group* judged it would prove fruitless and provided a PoS affidavit (Doc. 5).

ADDITIONAL INFORMATION BEARING ON THE MATTERS:

I believe the defendant is assuredly aware of the suit and the attempts to provide service of the Summons. In addition to email requests to avoid this civil action through compliance with the plain-language stipulations of the FOIA, the plaintiff sent the following email to the defendant's DoD Chief of FOIA Operations, Mr. Mark Dorgan, on May 10, 2018:

Mr. Dorgan,

    As I first communicated to you late last year, I will be testifying in court this coming Tuesday, 15 May 2018. And, as I repeatedly communicated, that testimony will include presenting evidence of Dr. Ashton Carter using National Security designation authority (E. O. 13526) to prevent the discovery, investigation, and rectification of criminal racketeering and Major Fraud against the United States. Pretty serious charges, without doubt. Made by a relatively unknown individual, albeit a person that US Air Force Chief of Staff, Mark A Welsh, III (an identified conspiracy member of the public corruption reported to DoD IG... and un-investigated since 2012) directed a convocation of 4-Star Generals and the Air Force Inspectors General to, "... squash him like a fucking bug!" And true to that direct command... I certainly was SQUASHED LIKE A F....ING BUG! And nobody cared; because I was just a "peon." A relatively unknown individual. Easily labeled a "crank." I was definitely well-known only to a small community.

    (Unclassified) Mr. Dorgan, from 2003 through 2011 I was the US Air Force Chief Design Engineer for Air Delivered Weapons for US Presidential targeted killing programs.

    (Unclassified) In 2008, I refused my commander's (Colonel Kirk Kloeppel) order to execute an illegal $3 million-per-year, directed-source, services contract to his

pending post-military employer. In less than six weeks, Colonel Kloeppel reorganized my Branch and assigned a young military officer, without experience to be in charge.

(Unclassified) Later in 2008, that young military officer, with Colonel Kloeppel's direct approval as the Source Selection Authority, completed the illegal directed-source services contract to Modern Technologies Solutions, Inc. (MTSI). Colonel Kloeppel retired and immediately accepted employment at MTSI, where he appears to remain an owner-employee today.

(Unclassified) To prevent detection and Federal contracting approval & oversight processes of the fraudulent procurement(s) Colonel Kloeppel enlisted the assistance of the USSOCOM Acquisition Executive (Now Undersecretary of the Navy); Mr. Joe Williams, the Chief Special Agent of US Air Force Office of Special Investigations (AFOSI) and the two lead classified procurement Special Agents at Eglin AFB to establish a "fake" Special Access Program (SAP) to hide the USSOCOM illegal use of service contractors in the poisoned, failed, and "rigged" development contracts for the AC-27 Gunship.

(Unclassified) The original fraudulent services contract was expanded FOUR-FOLD through un-competed, un-checked, un-audited, and un/illegally-approved contract modifications. So by 2011 USSOCOM, Detachment 1 at Eglin AFB consisted of two inexperienced military lieutenants and EIGHTEEN illegal, disqualified MTSI services contractors.

(Unclassified) Additionally, the Director of the Air Force Rapid Capabilities Office used this known (I made sure of that) un-competed, un-checked, un-audited, and un/illegally-approved contract to add additional illegal, disqualified MTSI services contractors into positions performing unequivocally inherently governmental duties in AFRCO classified activities. Major General Davis and Brigadier General Arnold Bunch were both made aware of this dangerous and illegal activity, in written public records and oral briefings, prior to the Class-A loss of an AC-130 gunship executing banned aircraft maneuvers developed/approved with MTSI engineers.

(Unclassified) Additionally, the Director of the Air Force Rapid Capabilities Office was informed of multiple, specific, illegal, dangerous, and calamitous illegal activities by MTSI services contractors long before the devastating loss of the RQ-170 in Iran.

Why am I providing you such a voluminous plea? Because my ability to affect an accountable return of US government procurement to some semblance of integrity

depends on THE INSPECTOR GENERAL OF THE DEPARTMENT OF DEFENSE complying with the most basic tenets and plain-meaning words of the Freedom of Information Act. THREE YEARS AGO, the DoD IG finally accomplished the first completed investigation of the cover-up of the 2011 Fraud, Waste, and Abuse Hotline Report and subsequent, continuing, and escalating whistleblower retaliation that included the 20-star teleconference where General Mark A Welsh, III used his command influence in 2014 to endorse the Air Force Research Lab commander, Air Force IG, & DoD IG, joint proposal to, "squash him [me] like a fucking bug."

That investigation was completed, the Report of Investigation (ROI) forwarded and signed by the DoD IG and delivered to the SECDEF, Dr Ashton Carter, for approval, action, and release. Dr. Ashton Carter (before becoming SECDEF) was a named, evidenced, participant in the public corruption and fraud racketeering allegations reported in 2008 - 2011. That ROI constitutes SINGLE, ESSENTIAL ELEMENT, of record that the Department of Defense complied federal Law, The Inspector General Act (or not).

Repeatedly, since June 2015, I have requested that ROI. I made multiple combined FOIA/PA requests (public records) to the DoD OIG as well as requests to senior Air Force officials to provide ANY EVIDENCE that they received (or even requested) record that the DoD OIG had met the requirements of the IG Act (which by law they were PERSONALLY bound by 18 USC to ensure)

Most recently, in JANUARY 2018, Henry C. Shelley, Jr (Appellate Authority) REMANDED my inappropriately denied FOIA PA Request back to DoD IG for action. Two days ago, your office CLOSED that FOIA PA WITHOUT ACTION, WITHOUT NOTICE, AND WITHOUT RELEASE. There is NOTHING about these actions that comport to lawful accomplishment of the FOIA or Privacy Acts.

Because of the continuing, apparently deliberate stall tactics of the DoD OIG, I filed suit in Federal District Court against Mr. Glenn Fine, (Acting) DoD IG. FORTY-FIVE days (and two, paid, VA Process Servers later) Mr Fine is avoiding service of the Summons for that simple FOIA compliance suit.

Tuesday, 15 May 2018, I will be under oath. I will answer EVERY question. I will answer each question, truthfully. And I certainly will answer each question COMPLETELY. I will include ANY information you would like to provide me pertaining to DoD OIG FOIA and PA compliance regarding my requests... and the law.

Sincerely,
Paul J Freeman

## Certificate of Service

Service of the assembled SHOW CAUSE RESPONSE is manually delivered by FAX to the Court. This document contains 1,560 words. Plaintiff retains a file copy. Defendant information/representative remains unknown.

| Name & Address | Documents | Method of Service |
|---|---|---|
| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION | SHOW CAUSE RESPONSE | FAX: (850) 433-5972 AND US MAIL 18 Jun 2018 |
| PAUL JOSEPH FREEMAN, Plaintiff | SHOW CAUSE RESPONSE | FILE COPY |

Case 3:18-cv-00409-MCR-HTC   Document 7   Filed 06/19/18   Page 8 of 9



**USPS Priority Mail Express Label**

FROM: Dale J. Freeman
203 Brookshill Circle
Niceville, FL 32578
PHONE: (850) ---

TO: U.S. District Court
Winston E. Arnow Federal Bldg
100 N Palafox St
Pensacola, FL 32502-5658
ZIP: 32502

Label 11-B, October 2016
PSN 7690-02-000-9996
3-ADDRESSEE COPY

Tracking: EE 1 0 4 4 8 2 4 4 2 U S

**PRIORITY MAIL EXPRESS™**

UNITED STATES POSTAL SERVICE®

EE 1044824425

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)   PHONE ( )

Paul J. Freeman
263 Brownshill Circle
Niceville FL 32578

PAYMENT BY ACCOUNT (if applicable)

DELIVERY OPTIONS (Customer Use Only)

☐ SIGNATURE REQUIRED

Delivery Options
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required
☐ 10:30 AM Delivery Required

TO: (PLEASE PRINT)   PHONE ( )

U.S. District Court
Northern District of Florida
100 N. Palafox St.
Pensacola FL 32502-5658

ZIP + 4® (U.S. ADDRESSES ONLY)
3 2 5 0 2 - 5 6 5 8

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 Insurance included.

ORIGIN (POSTAL SERVICE USE ONLY)

| ☐ 1-Day | ☐ 2-Day | ☐ Military | ☐ DPO |
|---|---|---|---|
| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage $ | |
| Date Accepted (MM/DD/YY) | Scheduled Delivery Time ☐ 10:30 AM ☐ 3:00 PM ☐ 12 NOON | Insurance Fee $ | COD Fee $ |
| Time Accepted ☐ AM ☐ PM | 10:30 AM Delivery Fee $ | Return Receipt Fee $ | Live Animal Transportation Fee $ |
| Special Handling/Fragile $ | Sunday/Holiday Premium Fee $ | Total Postage & Fees $ | |
| Weight  lbs.  ozs. ☐ Flat Rate | Acceptance Employee Initials | | |

DELIVERY (POSTAL SERVICE USE ONLY)

| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |
|---|---|---|
| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |

LABEL 11-B, OCTOBER 2016   PSN 7690-02-000-9996   **3-ADDRESSEE COPY**



Money Back Guarantee for U.S. destinations only.

**VISIT US AT USPS.COM®**   UNITED STATES