UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PAUL JOSEPH FREEMAN,

    Plaintiff,

v.                                      CASE NO. 3:18cv409-MCR-CJK

GLENN A. FINE, Acting Inspector
General of the Department of Defense,

    Defendant.
_____/

# O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated November 6, 2018. ECF No. 16. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendant's Motion to Dismiss and/or Motion for More Definite Statement as to Counts Two and Three, ECF No. 12, is **GRANTED**, and counts two and three of the complaint are **DISMISSED WITH PREJUDICE**.

3. This case is referred to the assigned Magistrate Judge for further proceedings on count one of the complaint.

**DONE AND ORDERED** this 14th day of December 2018.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**