# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

PAUL JOSEPH FREEMAN,

    Plaintiff,

v.                                       Case No. 3:18cv409-MCR-HTC

GLENN A. FINE,

    Defendant.

_____/

## **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated August 5, 2019. ECF No. 39. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Plaintiff's Motion for Summary Judgment, ECF No. 20, is **DENIED.**

3. Defendant's Motion for Summary Judgment, ECF No. 30, is **GRANTED**.

4. The clerk is directed to close the file.

**DONE AND ORDERED** this 9th day of January, 2020.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**